Joshua W. Potter, SBN: 101253
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
jpotter@pottercohenlaw.com

Attorneys for Plaintiff, PETRA RIOS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PETRA RIOS, | Case No.:  SA CV 16-01049-AS |
| Plaintiff, | {~~PROPOSED~~} **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of **$4,213.00** for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: September 7, 2017          / s / Alka Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE